UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

TYE BRAXTON STIGER,

        Defendant.

**INDICTMENT**

_____/

The Grand Jury charges:

## COUNT 1
**(Sexual Exploitation and Attempted Sexual Exploitation of a Child)**

In or about 2022, in Hillsdale County, in the Southern Division of the Western District of Michigan,

TYE BRAXTON STIGER

knowingly used, and attempted to use, a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

Specifically, TYE BRAXTON STIGER photographed the lascivious exhibition of the genitals of an approximately eight-year-old girl. The defendant saved, reproduced, or possessed the images on materials including, but not limited to, a Samsung cell phone manufactured outside the state of Michigan.

18 U.S.C. § 2251(a), (e)

## COUNT 2
**(Sexual Exploitation and Attempted Sexual Exploitation of a Minor)**

In or about 2022, in Hillsdale County, in the Southern Division of the Western District of Michigan,

TYE BRAXTON STIGER

knowingly used, and attempted to use, a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

Specifically, TYE BRAXTON STIGER photographed the lascivious exhibition of the genitals of an approximately six-year-old girl. The defendant saved, reproduced, or possessed the images on materials including, but not limited to, a Samsung cell phone manufactured outside the state of Michigan.

18 U.S.C. § 2251(a), (e)

## COUNT 3
**(Possession of Child Pornography)**

On or about February 23, 2022, in Hillsdale County, in the Southern Division of the Western District of Michigan,

TYE BRAXTON STIGER

knowingly possessed images and videos of child pornography that involved prepubescent minors, including, but not limited to, one or more of the visual depictions listed below:

1. Record #45, as identified in the extraction report of his Samsung cell phone
2. Record #341, as identified in the extraction report of his Samsung cell phone
3. Record #345, as identified in the extraction report of his Samsung cell phone
4. Record #347, as identified in the extraction report of his Samsung cell phone
5. Record #349, as identified in the extraction report of his Samsung cell phone
6. ?ov03f.mov, and
7. ?ov06c.mov.

Such depictions were produced using materials that had been shipped or transported in and affecting interstate and foreign commerce, including, but not limited to, a Samsung SM-A426U cell phone (IMEI: 352774395876588), a Motorola Moto G cell phone (IMEI: 353956920605280), a black ASUS model X55L laptop, a Hewlett-Packard laptop (service tag: H7R4WD1), Fujifilm secure digital ("SD") card, Sandisk SD card, Kyocera C5170 cell phone (with SD card), and two PNY USB drives.

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

18 U.S.C. § 2256(8)(A)

# FORFEITURE ALLEGATION
## (Sexual Exploitation and Attempted Sexual Exploitation of a Child and Possession of Child Pornography)

The allegations contained in Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. §§ 2251 or 2252A,

## TYE BRAXTON STIGER

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§ 2251 or 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to:

    a.     Samsung SM-A426U cell phone (IMEI: 352774395876588)

    b.     Motorola Moto G cell phone (IMEI: 353956920605280)

    c.     black ASUS model X55L laptop

    d.     Hewlett-Packard laptop (service tag: H7R4WD1)

    e.     Fujifilm secure digital ("SD") card

    f.     Sandisk SD card

      g.      Kyocera C5170 cell phone (with SD card)

      h.      two PNY USB drives

18 U.S.C. § 2253
18 U.S.C. § 2251
18 U.S.C. § 2252A
18 U.S.C. § 2256

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
JONATHAN ROTH
Assistant United States Attorney