UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TYE BRAXTON STIGER,

      Defendant.
_____/

Case No. 1:22-cr-144

Hon. Paul L. Maloney
United States District Judge

## DEFENDANT'S MOTION FOR DOWNWARD VARIANCE

Mr. Tye Braxton Stiger, through undersigned counsel, Areeb Salim of the Office of the Federal Public Defender, moves this Honorable Court to vary downward from the applicable advisory guideline range in this matter. Under the 18 U.S.C. § 3553(a) factors and the standard for the imposition of a sentence sufficient, but not greater than necessary, a downward variance would be appropriate in this case. The basis for this requested variance is further set forth and supported in the Presentence Report and in Defendant's Sentencing Memorandum filed on this day as well.

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

Dated:  July 31, 2023

/s/ Areeb Salim
AREEB SALIM
Attorney Fellow
Office of the Federal Public Defender
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420

/s/ Parker Douglas
PARKER DOUGLAS
Assistant Federal Public Defender